CITY BANK FARMERS TRUST COMPANY et al., as Trustees, Respondents, *v.* STELLA S. HOUSMAN et al., as Executors of WILLIAM O. BURTON, Deceased, et al., Defendants; HARRY CIVILETTI, as Executor of PATRICIA B. LONERGAN, Deceased, et al., Respondents, and AMERICAN AID SOCIETY OF PARIS, FRANCE, et al., Appellants.

Argued June 13, 1946; decided July 23, 1946.

*Basil Robillard* for appellants.

*Charles Looker* for plaintiffs-respondents.

*Seth V. Elting* and *William Saxe* for Lucile W. Burton, guardian ad litem, defendant-respondent.

*Stephen J. McTague* and *John W. Keating* for Harry Civiletti as executor, defendant-respondent.

Judgment affirmed, with costs to all parties appearing separately and filing briefs payable out of the trust estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.